**DISMISSED and Opinion Filed April 15, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00435-CR**

**KYLE DAMOND JONES, Appellant**
**V.**
**STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. C19-0973**

## MEMORANDUM OPINION

Before Chief Justice Burns and Justices Myers and Carlyle
Opinion by Chief Justice Burns

Kyle Damond Jones has appealed the trial court's determination to issue a warrant for his arrest. Appellant has also filed an emergency motion requesting relief. Concluding we do not have jurisdiction, we deny the motion and dismiss the appeal.

This Court may only review criminal appeals authorized by statute. *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014); *see also* TEX. CODE CRIM. PROC. ANN. art. 44.02 (authorizing defendant's right to appeal "under the rules hereinafter prescribed"). Generally, criminal defendants may appeal only from final judgments. *See State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990). Unless a

statute expressly grants a right of appeal, interlocutory orders are not appealable. *See Ragston*, 424 S.W.3d at 52; A*polinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991).

In this case, appellant's appeal comes at a preliminary stage of the proceedings. The trial court's determination to issue an arrest warrant is neither a final judgment nor an appealable interlocutory order. *See Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.) (listing appealable interlocutory orders and concluding determination to revoke bond not appealable); *Bridle v. State*, 16 S.W.3d 906, 908 n.1 (Tex. App.—Fort Worth 2000, no pet.) (listing appealable interlocutory orders). Thus, we have no jurisdiction to consider appellant's appeal. *See Ragston*, 424 S.W.3d at 52; *Apolinar*, 820 S.W.2d at 794.

In the absence of jurisdiction, we must dismiss the appeal without taking further action. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006). We deny appellant's emergency motion for relief. We dismiss the appeal for want of jurisdiction.

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200435F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KYLE DAMOND JONES, Appellant

No. 05-20-00435-CR          V.

STATE OF TEXAS, Appellee

On Appeal from the County Court at Law, Rockwall County, Texas.
Trial Court Cause No. C19-0973.
Opinion delivered by Chief Justice Burns. Justices Myers and Carlyle participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered April 15, 2020